IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Debra J | Case Number:  08 B 02733 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  2/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: April 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 435.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 406.72 |
| Trustee Fee: | | 28.28 |
| Other Funds: | | 0.00 |
| Totals: | 435.00 | 435.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,454.00 | 406.72 |
| 2. | Internal Revenue Service | Priority | 2,150.20 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 102.81 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 1,590.34 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 30.16 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 154.55 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 98.17 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 30.97 | 0.00 |
| 10. | Verizon Wireless Midwest | Unsecured | 128.13 | 0.00 |
| 11. | ER Solutions | Unsecured | 48.83 | 0.00 |
| 12. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Riddled Assoc P C | Unsecured | | No Claim Filed |
| 22. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 23. | Recovery Management Systems Corp. | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | Valerie Jackson | Unsecured | | No Claim Filed |
| 26. | West Asset Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Davis, Debra J

Printed: 11/11/08

Case Number:  08 B 02733
Judge:  Hollis, Pamela S
Filed:  2/7/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. Harris & Harris | Unsecured | | No Claim Filed |
| 29. West Suburban Healthcare | Unsecured | | No Claim Filed |
| | | $ 7,788.16 | $ 406.72 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 28.28 |
| | $ 28.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

